The motion is GRANTED. The December 1, 2025 initial case management conference is CANCELLED. The service deadline is EXTENDED to December 24, 2025. Plaintiff is ORDERED to move to reset the initial case management conference by no later than 7 days after Defendants appear in this action.

Alistair E. Newbern
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case Number 3:25-cv-709 |
| | ) | Judge Crenshaw |
| **DAVIS ADAMS,** *et al.* | ) | Magistrate Judge Newbern |
| | ) | JURY DEMAND |
| *Defendants.* | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS AND THIRD MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Comes now the Plaintiff "John Doe," by and through undersigned counsel, and hereby moves this Court to continue the initial case management conference in this matter, currently scheduled for December 1, 2025, to a date and time convenient to the Court after January 12, 2026; and to grant Plaintiff an additional 30 days to serve Defendants pursuant to good cause shown and Fed. R. Civ. P. 4(m). In support of this Motion, Plaintiff avers that he has been unable to serve the Defendants via multiple addresses attempted by a private process server. Plaintiff's process server is continuing to search for and contact potential relatives of the Defendants and hopes to have them served promptly. For these same reasons, that Plaintiff has been diligently but unsuccessfully attempting to serve Defendants, Plaintiff also requests a reasonable extension of time to serve the Defendants of 30 days, making the new service deadline December 24, 2025.

Respectfully Submitted,

*/s/ Seamus T. Kelly*
Seamus T. Kelly (BPR No. 032202)
David J. Goldman (BPR No. 035151)
Deji Adeniyi (BPR No. 042551)

MUSIC CITY LAW, PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
seamus@musiccityfirm.com
david@musiccityfirm.com
deji@musiccityfirm.com
(615) 200-0682

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served via electronic mail and US Mail, postage prepaid, on the 24th day of November, 2025, to:

Davis Adams
Bestcouplearound2@gmail.com

Harpeth Entertainment Group
c/o Janice Adams
4009 Ohallorn Dr.
Spring Hill, TN 37174

                                                /s/ Seamus Kelly