UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIS ADAMS, et al.,<br><br>    Defendants. | Case No. 3:25-cv-00709<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

## <u>ORDER</u>

Defendant Katrina Huckerby filed a second motion for extension of time to obtain legal counsel and respond to Plaintiff John Doe's complaint (Doc. No. 28). The motion is GRANTED. Huckerby shall obtain legal counsel and respond to Plaintiff's complaint by June 29, 2026.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge