UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE,<br>Plaintiff,<br><br>v.<br><br>DAVIS ADAMS et al.,<br>Defendants. | Case No. 3:25-cv-00709<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

**ORDER TO SHOW CAUSE**

On September 25, 2026, the Court granted plaintiff's fourth motion for an extension of time to serve defendant Davis Adams under Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 42.) The Court extended the time for service through October 30, 2026. The deadline now has passed, the proof of service required under Rule 4(l) has not been filed, and the docket shows no other activity since October 14, 2026.

Additionally, defendant Harpeth Entertainment Group, Inc. appears to have been served with the original complaint (Doc. No. 20), never answered the original complaint, but then was named in the amended complaint (Doc. No. 21). To the extent that this defendant might have defaulted on the original complaint, that default was nullified by the decision to name the party in the amended complaint. *See, e.g., Lucas v. DeSilva Auto. Servs.*, No. 1: 16-CV-790, 2018 WL 1558866, at *5 (S.D. Ohio Mar. 31, 2018) (plaintiff can seek entry of default and default judgment only based on the operative complaint; entry of default based on superseded complaint no longer effective) (citations omitted); *Mercer v. Csiky*, No. 08-11443-BC, 2010 WL 2671329, at *2 (E.D. Mich. June 30, 2010) (same) (citations omitted). With respect to the amended complaint, the time for service of process under Rule 4(m) has passed, and the docket does not appear to contain the proof of service required under Rule 4(l).

Accordingly, plaintiff is ORDERED to show cause in writing, on or before December 3, 2026, why defendants Davis Adams and Harpeth Entertainment Group, Inc. should not be dismissed from the case for failure to complete service of process within the time required by Rule 4(m).

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge